476 A.2d 87

Commonwealth v. Melter, Appellant.

Submitted March 23, 1984. Jay Nedell, for appellant; Michael J. Veshecco, District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Appeal quashed.